1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH ROSE-TRAUGH,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 15-cv-1611 DMS (BGS)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION IN ITS ENTIRETY;**<br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br>**(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On July 20, 2015, Plaintiff Mary Elizabeth Rose-Traugh filed a complaint pursuant to the Social Security Act, 42 U.S.C. § 405(g), challenging the Commissioner of the Social Security Administration's denial of disability benefits. On November 2, 2015, the Commissioner filed an answer.  On January 6, 2016, Rose-Traugh filed a motion for summary judgment, requesting reversal of the Administrative Law Judge's final decision.  The Commissioner filed a cross-motion for summary judgment and opposed Rose-Traugh's motion.  The Commissioner

1   argued that the Administrative Law Judge's decision was supported by substantial

2   evidence, free from legal error, and should be affirmed.

3          On June 24, 2016, United States Magistrate Judge Bernard G. Skomal issued

4   a Report and Recommendation ("Report") recommending that this Court grant the

5   Commissioner's motion for summary judgment and deny Rose-Traugh's motion.

6   Judge Skomal ordered any objections to be filed by July 8, 2016, and any replies by

7   July 22, 2016.  To date, no objections have been filed, and neither party has requested

8   additional time to do so.

9          The Court reviews *de novo* those portions of the R&R to which objections are

10  made.  28 U.S.C. § 636(b)(1).  The Court may "accept, reject, or modify, in whole

11  or in part, the findings or recommendations made by the magistrate judge."  *Id.*  But

12  "[t]he statute makes it clear that the district judge must review the magistrate judge's

13  findings and recommendations de novo *if objection is made*, but not otherwise."

14  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)

15  (emphasis in original); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226

16  (D. Ariz. 2003) (concluding that where no objections were filed, the district court

17  had no obligation to review the magistrate judge's report).  "Neither the Constitution

18  nor the statute requires a district judge to review, de novo, findings and

19  recommendations that the parties themselves accept as correct."  *Id.*  "When no

20  objections are filed, the *de novo* review is waived."  *Marshall v. Astrue*, No.

21  08cv1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.) (adopting

22  report in its entirety without review because neither party filed objections to the

23  report despite the opportunity to do so).

24         In this case, the deadline for filing objections was on July 8, 2016.  As noted,

25  no objections have been filed, and neither party has requested additional time to do

26  so.  Consequently, the Court may adopt the R&R on that basis alone.  *See Reyna-*

27  *Tapia*, 328 F.3d at 1121.  Having nonetheless conducted a *de novo* review of Rose-

28  Traugh's and the Commissioner's motions for summary judgment, the Court hereby

1    approves and adopts the report in its entirety, and grants the Commissioner's motion

2    for summary judgment.   The Court denies Rose-Traugh's motion for summary

3    judgment.

4        **IT IS SO ORDERED.**

5     Dated:  July 20, 2016

6

7                                              Hon. Dana M. Sabraw
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28